| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332 |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|   | Assistant United States Attorney |
| 3 | Chief, Civil Division |
|   | ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| YU LIU, | ) | No. C 07-6017 RS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **PARTIES' CONSENT TO MAGISTRATE** |
| v. | ) | **JUDGE JURISDICTION; STIPULATION** |
| | ) | **TO DISMISS; AND [PROPOSED] ORDER** |
| Department of Homeland Security, | ) | |
| Michael Chertoff, Secretary; U.S. | ) | |
| Attorney General, Michael B. Mukasey; | ) | |
| United States Citizenship and Immigration | ) | |
| Services, Emilio T. Gonzalez, Director; | ) | |
| United States Citizenship and Immigration | ) | |
| Services, Alfonso Aguilar, Chief; United | ) | |
| States Citizenship and Immigration | ) | |
| Services, Francis D. Siciliano, Field | ) | |
| Office Director, Robert Mueller, III, | ) | |
| Director of Federal Bureau of | ) | |
| Investigation, | ) | |
| | ) | |
| Defendants. | ) | |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff and Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Further, Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

1  above-entitled action without prejudice in light of the fact that the United States Citizenship and
2  Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and
3  agrees to do so within 30 days of the dismissal of this action.
4      Each of the parties shall bear their own costs and fees.

6  Date: January 17, 2008                                Respectfully submitted,

7                                                        JOSEPH P. RUSSONIELLO
                                                         United States Attorney

10                                                       _____/s/_____
                                                         ILA C. DEISS
                                                         Assistant United States Attorney
11                                                       Attorneys for Defendants

14  Date: January 17, 2008                               _____/s/_____
                                                         GERI N. KAHN
                                                         Attorney for Plaintiff

17                              **ORDER**

18      Pursuant to stipulation, IT IS SO ORDERED.

20  Date:
21                                                       _____
                                                         RICHARD SEEBORG
                                                         United States Magistrate Judge