1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney                              *E-FILED 1/18/08
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12  YU LIU,                          )    No. C 07-6017 RS
                                     )
13              Plaintiff,           )
                                     )
14       v.                          )    **PARTIES' CONSENT TO MAGISTRATE
                                     )    JUDGE JURISDICTION; STIPULATION
                                     )    TO DISMISS; AND [PROPOSED] ORDER**
15  Department of Homeland Security, )
    Michael Chertoff, Secretary; U.S.)
16  Attorney General, Michael B. Mukasey; )
    United States Citizenship and Immigration )
17  Services, Emilio T. Gonzalez, Director; )
    United States Citizenship and Immigration )
18  Services, Alfonso Aguilar, Chief; United )
    States Citizenship and Immigration )
19  Services, Francis D. Siciliano, Field )
    Office Director, Robert Mueller, III, )
20  Director of Federal Bureau of       )
    Investigation,                      )
21                                      )
                Defendants.             )
22                                      )

23      In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff and

24  Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge

25  conduct any and all further proceedings in the case, including trial, and order the entry of a final

26  judgment.

27      Further, Plaintiff, by and through her attorney of record, and Defendants, by and through their

28  attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

1    above-entitled action without prejudice in light of the fact that the United States Citizenship and

2    Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and

3    agrees to do so within 30 days of the dismissal of this action.

4        Each of the parties shall bear their own costs and fees.

5

6    Date: January 17, 2008                          Respectfully submitted,

7                                                    JOSEPH P. RUSSONIELLO
                                                     United States Attorney
8

9
                                                              /s/
10                                                   ILA C. DEISS
                                                     Assistant United States Attorney
11                                                   Attorneys for Defendants

12

13
                                                              /s/
14   Date: January 17, 2008                          GERI N. KAHN
                                                     Attorney for Plaintiff
15

16

17                              **ORDER**

18       Pursuant to stipulation, IT IS SO ORDERED.

19

20   Date:    January 18, 2008

21                                                   RICHARD SEEBORG
                                                     United States Magistrate Judge
22

23

24

25

26

27

28

Parties' Consent and Stip. to Dismiss
C 07-6017 RS                            2